■ SAM EVANS, Plaintiff, v LAWRENCE ARMS ASSOCIATES, Defendant and Third-Party Plaintiff-Respondent-Appellant, et al., Defendants. 1261 CENTRAL AVENUE OWNERS CORP. et al., Third-Party Defendants-Appellants-Respondents. (And Another Action.)—Orders, Supreme Court, New York County (Shirley Fingerhood, J.), entered on or about April 19, 1991 and November 7, 1991, respectively, unanimously affirmed for

the reasons stated by Fingerhood, J., without costs or disbursements. No opinion. Concur—Murphy, P. J., Ellerin, Wallach, Asch and Rubin, JJ.